Maupin, J.,
concurring:
I write separately to comment on the position taken by our dissenting colleague.
The dissent asserts that the district court did not have to address NRS 125A.350 because the court was simply refusing to allow a parent with neither joint nor primary custody to move outside this state with her child. On the contrary, the proceedings now being considered on appeal were initiated via motion to relocate, brought by a parent with joint physical custody. The motion by the father to change the custody arrangement was made in response to the motion to relocate. Thus, the district court, as noted by the *1454 majority, was required to address the issues raised under NRS 125A.350.
I also write separately to note that, while I agree with the majority analysis, the district judge in this case was trying to grapple with a body of doctrine that has been the subject of confusion among members of our judiciary on both the appellate and trial court levels. This is reflected by a fairly substantial collection of cases involving the scope and meaning of NRS 125A.350 that are just now being resolved contemporaneously with this decision.